SUF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 31 AM 9:08

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

'08 MJ 0282

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Rigoberto ROMAN-Romero** Defendant. | ) | Magistrate Case No. ________ COMPLAINT FOR VIOLATION OF Title 18, U.S.C., Section 1544 Misuse of Passport |

The undersigned complainant being duly sworn states:

On or about January 30, 2008, within the Southern District of California, defendant **Rigoberto ROMAN-Romero** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number 300224046, issued to **Edward Michael PICOZZI** to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not **Edward Michael PICOZZI**, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this **31st** day of **January, 2008**.

UNITED STATES MAGISTRATE JUDGE

SLF

**PROBABLE CAUSE STATEMENT**

On January 30, 2008 at approximately 0807 hours, **Rigoberto ROMAN-Romero (Defendant)** applied for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through the primary pedestrian lanes. Defendant presented to a Customs and Border Protection (CBP) Officer a United States Passport bearing the name and photograph of Edward Michael Picozzi. The CBP Officer suspected Defendant was not the rightful owner of the passport, as Defendant did not resemble the passport photograph. Defendant stated he was going to Los Angeles and that he had nothing to declare. A query of the passport resulted in a positive match to the passport being lost/stolen. Upon further questioning Defendant admitted his true identity. The CBP Officer referred Defendant to secondary for further inspection.

In secondary, Defendant's fingerprints were obtained and queried through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a positive match verifying Defendant's identity and linking him to FBI and state records. Queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) identified Defendant as a non-United States citizen and does not possess any legal documents to enter, pass through or reside in the United States.

During a videotaped proceeding Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. During a subsequent interview, Defendant admitted he is a citizen of El Salvador by virtue of birth in Cuatepeque, Santa Ana, El Salvador. Defendant admitted he possesses no documents or other benefit that would permit his legal entry into the United States. Defendant admitted that a male individual provided him with the passport he presented at primary inspection. Defendant admitted he was to provide a vehicle he owns in lieu of payment for use of the passport. Defendant admitted he intended to travel to Los Angeles to reunite with his wife. Defendant admitted he was previously removed from the U.S. and has never applied for permission to legally enter the U.S.