FILED

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

MB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RIGOBERTO ROMAN-ROMERO,<br>Defendant. | Criminal Case No. 08CR0557-JLS<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony) |

The United States Attorney charges:

On or about January 30, 2008, within the Southern District of California, defendant RIGOBERTO ROMAN-ROMERO, did willfully and knowingly use passport No. 300224046, issued under the authority of the United States, to Edward Michael Picozzi, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 2/28/08.

KAREN P. HEWITT
United States Attorney

for [signature]
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
2/6/08