AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RIGOBERTO ROMAN-ROMERO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0557-JLS

I, RIGOBERTO ROMAN-ROMERO, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rigoberto Roman Romero
RIGOBERTO ROMAN-ROMERO
Defendant

SCOTT PACTOR
Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY